**Lester JORDAN, Administrator, v. UNITED STATES of America.**

No. 847.

Circuit Court of Appeals, Tenth Circuit.

April 11, 1933.

Wilkerson & Brown, of Pryor, Okl., for appellant.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.